IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARTHUR MILLER, | ) | CASE NO. 8:05-CV-561 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER OF DISMISSAL |
| STANDARD HEATING AND AIR CONDITIONING, | ) ) ) | |
| Defendant. | ) ) | |

This matter is before the court on motion of the plaintiff, Arthur Miller, that the above-captioned action be dismissed, with prejudice and complete record waived. The court, being fully advised in the premises, finds that such an order should be entered.

IT IS ORDERED that this action is dismissed, with prejudice, each party to pay their own costs.

DATED this 1st day of March, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE